**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ELIZABETH M. JACOBS,

    Plaintiff,

v.                                              CASE NO: 8:07-cv-1497-T-26TGW

PRUDENTIAL INSURANCE COMPANY
OF AMERICA, and MEDIA GENERAL, INC.,

    Defendants.
_____/

**O R D E R**

Defendants filed motions to dismiss contending that the claims alleged in Plaintiff's complaint were preempted by the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. section 1001 et seq.[1] The Court directed Plaintiff to respond to the motions on or before September 7, 2007.[2] Plaintiff has failed to file responses as directed. After reviewing the motions together with the allegations of Plaintiff's complaint, the Court agrees with Defendants' arguments that ERISA preemption applies in this case.

Accordingly, it is ordered and adjudged as follows:

1) Defendants' Motions to Dismiss (Dkts. 6 and 8) are granted.

2) Plaintiff's complaint is dismissed.

---

[1] See dockets 6 and 8.

[2] See dockets 7 and 9.

3) Plaintiff shall file an amended complaint on or before September 24, 2007, consistent with the provisions of ERISA, failing which this case will be dismissed without further notice.

**DONE AND ORDERED** at Tampa, Florida, on September 10, 2007.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record